UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDWIN PFEIFFER,

    Plaintiff,

v.                                            CASE NO: 8:10-cv-2584-T-23MAP

BAKER & COMPANY GENERAL STORE
INC., and ADVANCED PROMOTIONAL
CONCEPTS, INC.,

    Defendants.
_____/

## ORDER

The plaintiff sues under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (the "FLSA"). The parties move (Doc. 18) for approval of a proposed settlement. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982).

The parties state (Doc. 18, Page 2, and Doc. 18-1, Page 3) that (a) the settlement fully compensates the plaintiff for all unpaid wages and (b) the attached agreement includes every term and condition of the parties' settlement. See Dees v. Hydradry, Inc., 706 F.Supp.2d 1227 (M.D. Fla. 2010). The parties also state that each party faces substantial litigation risk and expense. (Doc. 18-1, Page 2) The settlement agreement provides that the defendants will pay $870.00 to Edwin Pfeiffer and $3,550.00 in attorney's fees and costs. (Doc. 18-1, Page 1)

The settlement agreement provides a "fair and reasonable resolution of a bona fide dispute." Lynn's Food Stores, 679 F.2d at 1355. Accordingly, the parties' motion (Doc. 18) for approval of the settlement agreement is **GRANTED**, and the settlement

agreement is **APPROVED**. In accord with the parties' settlement agreement, this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on April 8, 2011.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE